# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ARCHIE | CIVIL ACTION |
| VERSUS | 20-736-SDD-RLB |
| KENT, ET AL. | |

## RULING

The Court, after carefully considering the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated June 1, 2021, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the *Motion for Summary Judgment*[3] is GRANTED dismissing Plaintiff's claims against all Defendants.

**IT IS FURTHER ORDERED** that the *Motion to Appoint Counsel*[4] and the *Motion for Leave to File an Amended Complaint*[5] filed by Stevon Archie are DENIED as moot.

---

[1] Rec. Docs. 14, 15, and 16.
[2] Rec. Doc. 17.
[3] Rec. Doc. 16.
[4] Rec. Doc. 14.
[5] Rec. Doc. 15.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential state law claims, and this action is dismissed without prejudice.

*Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana the 8 day of July, 2021.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA